IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NATIONSRENT, INC., et al.,[1]<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br>v.<br>A & H HOSE AND FITTING COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 04-CV-975 (KAJ) |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the above-captioned Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and the above-captioned Defendant, A & H Hose and Fitting Company, that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

606498v1

Dated: January 30, 2006

    LOWENSTEIN SANDLER PC
    Paul Kizel, Esq.
    65 Livingston Avenue
    Roseland, New Jersey 07068
    Telephone (973) 597-2500

    -and-

    THE BAYARD FIRM

    _/s/ _____
    Neil B. Glassman (No. 2087)
    Ashley B. Stitzer (No. 3891)
    Mary E. Augustine (No. 4477)
    222 Delaware Avenue, Suite 900
    P. O. Box 25130
    Wilmington, DE  19899
    Telephone:   (302) 655-5000

    Co-Counsel for Perry Mandarino, not personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust

    SHAKED & POSNER

    _/s/ _____
    Dan Shaked
    225 West 34th Street
    New York, NY 10122
    Telephone:   (212) 494-0035

    Counsel for A& H Hose & Fitting Company

606498v1    2