## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 30th day of January, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

Dan Shaked, Esquire
*Shaked & Posner*
225 West 34th Street
New York, NY 10122

_____
Mary E. Augustine (No. 4477)

606498v1

3